# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ELOISE VATIN TERRY, § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. 6:15-CV-167 |
| § | MHS-JDL |
| V. § | |
| § | |
| CAROLYN W. COLVIN § | |
| ACTING COMISSIONER § | |
| OF SOCIAL SECURITY § | |
| § | |
| *Defendant.* § | |
| § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On August 10, 2015, the Magistrate Judge issued his Report and Recommendation ("R&R") (Doc. No. 10), recommending that the case be dismissed for untimely statutory initiation. No objections to the R&R have been presented for consideration within the prescribed time period for such objections. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the complaint is hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

SIGNED this 2nd day of September, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE